SAN DONATO, Appellant, v. NATIONAL CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Eligio San Donato

against the National Contracting Company. No opinion. Judgment and order affirmed, with costs.